UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

| | |
|---|---|
| In re:<br><br>Jennifer Marie Oseth<br>and Jeffrey Alan Oseth,<br><br>　　　　　Debtors. | Bankruptcy No. 23-32765<br><br>Chapter 7 |

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>Jennifer Marie Oseth<br>and Jeffrey Alan Oseth,<br><br>　　　　　Defendant. | Adversary No. 23-03037 |

　　　I, <u>Barbara Wilson</u>, employed by the Office of the United States Attorney, with office address 600 United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, declare that on <u>April 4, 2024,</u> I caused to be served a copy of the following documents:

　　SUMMONS and COMPLAINT

to be filed electronically with the Clerk of the Bankruptcy Court through ECF, and I further certify that I caused a copy of the foregoing documents to be mailed by certified first class U.S. mail, postage paid, to the following:

　　Jennifer Marie Oseth　　　　　　　　Jeffrey Alan Oseth
　　8083 341st St　　　　　　　　　　　　8083 341st St
　　Stacey, MN 55079-9588　　　　　　　Stacey, MN 55079-9588

A copy has also been sent via first class U.S. mail to:

　　Andrew C. Walker
　　Walker & Walker Law Offices, PLLC
　　4356 Nicollet Avenue
　　Minneapolis, MN 55409

And I declare, under penalty of perjury, that the foregoing is true and correct.

Executed:　<u>April 4, 2024</u>

　　　　　　　　　　　　　　　　　　　　　　　　<u>　s/ Barbara Wilson　</u>
　　　　　　　　　　　　　　　　　　　　　　　　BARBARA WILSON
　　　　　　　　　　　　　　　　　　　　　　　　Contractor Paralegal Specialist